LAW OFFICES OF
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

**MEMO ENDORSED.**
Having received no opposition, the Court grants the application. Plaintiffs' counsel to submit a proposed Order by 6/25/10.

SO ORDERED:
Cathy Seibel, U.S.D.J.
Dated: 6/22/10

June 7, 2010

**VIA FACSIMILE**
The Honorable Cathy Seibel
The Hon. Charles L. Briant, Jr Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
914-390-4278 (FAX)

**RE:** Cleotilde Rock and Tracy Claxton v. Moss Codillis LLP, et al., No. 10 CIV 03106, Plaintiff's Preliminary Motion for Class Certification

Dear Judge Seibel:

      I represent the plaintiffs in the above referenced matter. Plaintiffs are requesting that this Court enter an order determining that this Fair Debt Collection Practices Act ("FDCPA") action may proceed as a class action against defendants and request permission to file their motion and supporting memorandum of law. Plaintiffs further request that the Court (a) set a pre-motion conference pursuant to your individual rules of practice and (b) grant leave to pursue class discovery in support of their motion.

      This case concerns form letters sent by Moss Codilis, LLP on behalf of American Home Mortgage Servicing, Inc. which did not disclose the identity of the person who presently owned the alleged debt described therein. Plaintiffs are proposing a class that consists of (a) all natural persons with New York addresses (b) to whom defendant Moss Codilis, LLP sent a letter seeking to collect a mortgage loan debt (c) in the form represented by Exhibit A to the Complaint (d) which letter was sent during a period beginning April 13, 2009 and ending May 13, 2010.

      Plaintiffs are filing this Preliminary Motion for Class Certification at this time because recently it has become common practice for defendants in these types of cases to attempt to moot the named plaintiffs' claims by way of a Rule 68 Offer of Judgment to disqualify the plaintiffs from acting as class representatives.

      Discovery will be needed to brief the motion, and it is our intention to issue discovery as soon as possible. Plaintiffs propose that the court grant plaintiff permission to take

# LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

## FACSIMILE TRANSMISSION

TO: The Honorable Cathy Seibel

FAX NO: 914-390-4278

FROM: Daniel A. Edelman (/ec)

RE: *Cleotilde Rock and Tracy Claxton v. Moss Codillis LLP, et al.*, No. 10 CIV 03106

FILE NO: 24264

DATE: June 7, 2010         PAGES:   3 (including cover)

***

Comments: Letter to Judge Seibel requesting pre-motion conference and permission to file Motion and Memorandum in Support of Class Certification (sent via e-mail to counsel for Defendants)

---

### PRIVILEGED COMMUNICATION

PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.