# LEADER BERKON LLP

630 Third Avenue, New York, New York 10017 . 212.486.2400 · FAX 212.486.3099 · EMAIL info@leaderberkon.com

MEMO ENDORSED

Frederick D. Berkon
James K. Leader
Joseph G. Colao
Glen Silverstein
Joshua K. Leader
S. Alyssa Young

OF COUNSEL
Mary D. Faucher
Joseph I. Fontak

Gloria E. Koo
David I. Goodearl
Thomas K. Richards
David A. Paul
Caroline C. Marino
Michael J. Tiffany
Stephanie L. Gase

June 24, 2010

**VIA FACSIMILE**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr. Federal
Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150



Re: *Cleotilde Rock, et al. v. Moss Codilis, LLP, et al.*
    *No. 10-civ-03106*

Dear Judge Seibel:

    I am counsel of record for the Defendants in the above-referenced case. I have been acting, however, as local counsel and will be seeking promptly the *pro hac vice* admission of Defendants' primary counsel, David J. Chizewer of Goldberg Kohn Ltd. in Chicago. In the meantime, I am writing regarding the letter dated June 7, 2010 to Your Honor from Daniel Edelman, one of Plaintiffs' counsel. Because that letter was emailed from the email address of Mr. Edelman's secretary, it was not recognized by Mr. Chizewer's email system and did not make it into Mr. Chizewer's in-box. I did not realize that Mr. Chizewer had not received the letter, and there was miscommunication between me and Mr. Chizewer regarding a response. None of Defendants' counsel was served by fax or mail with the letter or any motion for class certification. We apologize to the Court for this confusion, and for not responding to Plaintiffs' letter.

**LEADER & BERKON LLP**

    The good news is that Mr. Chizewer has been in touch with Plaintiffs' counsel, and there is an agreement among the parties regarding the June 7, 2010 letter. Defendants have indicated to Plaintiffs that Defendants do not intend to issue an offer of judgment to the individual Plaintiffs in an effort to moot this case – thereby resolving the issue of concern that prompted Plaintiffs' letter. Moreover, the parties are in the process of exchanging information in an effort to settle this case, either on an individual or class basis. Thus, the parties are in agreement that neither a motion for class certification nor related discovery needs to be filed or served at this time, and that there is no need for Plaintiffs to submit any proposed order to that effect. (To the extent the Court does not endorse this letter prior to June 25, 2010, Plaintiffs may submit a proposed order as a precaution, but do not intend that such order be entered.) If the settlement discussions are not successful, the parties will contact the Court with their respective views on what should be the next steps.

    Again, we apologize for not responding sooner and appreciate Your Honor's consideration.

                  Sincerely,

                   THOMAS K. RICHARDS

cc:  Abraham Kleinman, Esq. (via email)
   Cathleen M. Combs, Esq. (via email)
   Daniel A. Edelman, Esq. (via email)
   Cassandra P. Miller, Esq. (via email)
   David J. Chizewer, Esq. (via email)

*[Handwritten annotation:]* Requirement for proposed order by 6/25 vacated per parties' agreement.

SO ORDERED.
Cathy Seibel, U.S.D.J.
Dated: 6/24/10

630 Third Avenue, New York, NY 10017
TEL: (212) 486-2400   FAX: (212) 486-3099



# Fax

| | |
|---|---|
| **To:** | The Honorable Judge Cathy Seibel |
| **Fax:** | (914) 390-4278     **Phone:** (914) 390-4271 |
| **From:** | Thomas K. Richards, Esq. |
| **Date:** | June 24, 2010     **Pages** 3 |
| **Matter:** | Rock v. Moss Codilis – 10-cv-03106 |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

If you do not receive legible copies of all the pages, please call immediately: (212) 486-2400.

● **Comments:**