# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

October 11, 2011



MEMO ENDORSED

**VIA FACSIMILE (914-390-4278)**
Hon. Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2011

Re:  *Rock, et al. v. Moss Codilis, LLP, et al.*
     Docket No. 10-CV-3106 (CS)

Dear Judge Seibel:

We represent Defendants, Moss Codilis, LLP and American Home Mortgage Servicing, Inc. ("AHMSI"), in the above-referenced lawsuit, in which Plaintiffs filed a class action Complaint alleging violations of the Fair Debt Collection Practices Act in connection with a loan mortgage of their residence. For the reasons set forth below, we write to respectfully request a limited stay of discovery.

Pursuant to the Scheduling Order, discovery in this case is to conclude by April 25, 2012. The parties have exchanged discovery demands and are in the process of completing their respective discovery responses. On Friday, October 7, 2011, Plaintiffs' counsel advised us that Plaintiffs are interested in the possibility of a loan modification and, in the event that a loan modification is agreed upon by the parties, this case will be deemed settled. In response, Defendant AHMSI provided Plaintiffs with the loan modification forms which contain the list of the necessary financial information in order for AHMSI to review the application. In our experience, the entire loan modification process may range from thirty (30) to sixty (60) days depending on how soon the application is submitted for review and the completeness of the information provided. In some instances, there are several back-and-forth communications between counsel because the information provided may be incomplete and/or inadequate.

Given this recent development which may expedite resolution of this case, the parties believe that a limited stay of discovery is appropriate for the express purpose of completing the loan modification process and, at the same time, avoid the incurrence of additional costs and fees. Accordingly, Defendants respectfully request a stay of discovery for sixty (60) days; Plaintiffs' consent to this request only if the Court correspondingly extends discovery for the

Hon. Cathy Seibel
October 11, 2011
Page 2

same amount of time.  No prior request has been made by Defendants for either a stay or an extension of discovery.

We thank the Court for its consideration in this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: *[signature]*
Concepcion A. Montoya (CM-7147)

cc:   Cassandra Miller, Esq. (Via Facsimile)
      Abraham Kleinman, Esq. (Via Facsimile)

Discovery stayed for 60 days. All previously set deadlines are extended 60 days. April 27, 2012 conference is adjourned to: 6/29/2012 @ 3:30 pm

So Ordered.

*[signature]*
Cathy Seibel, U.S.D.J.

Dated: 10/11/11

130186621 0926708



# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

October 11, 2011

## FACSIMILE TRANSMISSION

| TO: | COMPANY: | FAX NO.: | PHONE NO.: |
|---|---|---|---|
| Hon. Cathy Seibel | United States District Court Southern District of New York | 914-390-4278 | |
| Abraham Kleinman, Esq. | Kleinman LLC | 888-522-1692 | |
| Cassandra Miller, Esq. | Edelman, Combs, Latturner & Goodwin, LLC | 312-419-0379 | |

| FROM: | Concepcion A. Montoya | USER ID: | 1991 | |
|---|---|---|---|---|
| MATTER NAME: | *Rock et al. v. Moss Codilis, LLP, et al.* *Docket No. 10-cv-3106 (CS)* | | MATTER NO.: | 0838180 |
| NO. OF PAGES (including this Cover): | 3 | SENDING OPERATOR: | T. Harry | |
| RETURN TO: (other than above) | | | | |
| COMMENTS, IF ANY: | | | | |
If you do not receive the number of pages listed above, please call 212-471-6200. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

130115531 0926708